# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MARIO RUFO SANDOVAL-GONZALEZ (3),<br><br>　　　　　　　Defendant. | Criminal Case No. 91CR1075-H<br><br>JUDGMENT AND ORDER OF DISMISSAL |

　　GOOD CAUSE APPEARING and upon the motion of the Government, IT IS HEREBY ORDERED that the Indictment in the above entitled case against defendant Mario Rufo Sandoval-Gonzalez is **dismissed without prejudice**. The defendant is hereby discharged and the arrest warrant is hereby recalled.

　　IT IS SO ORDERED.

DATED: December 4, 2012

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MARILYN L. HUFF, District Judge
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT